An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISBARMENT OF
STEVEN E. JONES, BAR NO. 1601.

No. 66696

**FILED**

DEC 0 5 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

*ORDER OF DISBARMENT BY CONSENT*

The Southern Nevada Disciplinary Board and attorney Steven Jones, Bar No. 1601, have filed a joint petition for Jones's disbarment by consent pursuant to SCR 112. The petition acknowledges that Jones recently pleaded guilty to a felony count in the U.S. District Court. Jones agreed to surrender his law license to the State Bar as part of that plea agreement. The petition is supported by Jones's affidavit, in which he states that he consents to disbarment and does so freely and voluntarily, that he has not been subjected to any coercion or duress in consenting to disbarment, and that he is fully aware of the implications of his consent, having had an opportunity to consult with counsel prior to consenting to disbarment. Jones acknowledges that the State Bar must file a petition under SCR 111 based on his conviction of a crime, and that as a result he may be suspended and the matter referred to the appropriate disciplinary board. Jones concedes that the material facts in the joint petition for disbarment by consent are true, and that he submits the affidavit with full knowledge that if the State Bar were to prosecute his case, he could not successfully defend against the charges.

Pursuant to SCR 112(1), an attorney who is the subject of an investigation or proceeding involving allegations of misconduct may

SUPREME COURT
OF
NEVADA

(O) 1947A

14-39616

consent to disbarment by submitting the requisite affidavit. Jones's affidavit meets the requirements of SCR 112(1). Therefore, the petition for disbarment by consent is granted. Steven Jones is hereby irrevocably disbarred. SCR 102(1); SCR 112. The parties shall comply with the applicable provisions of SCR 115 and SCR 121.1 regarding notice and publication.

It is so ORDERED.

_____, C.J.
Gibbons

_____, J.          _____, J.
Pickering                    Hardesty

_____, J.          _____, J.
Parraguirre                  Douglas

_____, J.          _____, J.
Cherry                       Saitta

cc:   Jeffrey Albregts, Chair, Southern Nevada Disciplinary Board
      David A. Clark, Bar Counsel
      Kimberly K. Farmer, Executive Director, State Bar of Nevada
      Turco & Draskovich
      Perry Thompson, Admissions Office, United States Supreme Court

SUPREME COURT
OF
NEVADA

(O) 1947A

2